RUTHERFORD BOILING SPRINGS AND CARLSTADT ELECTRIC
COMPANY, appellant,

*v.*

FRANKLIN TRUST COMPANY, respondent.

[Filed March 6th, 1899.]

On appeal from a decree advised by Vice-Chancellor Pitney,
whose opinion is reported in *Franklin Trust Co.* v. *Rutherford
Boiling Springs and Carlstadt Electric Co., 12 Dick. Ch. Rep. 42.*

*Mr. Addison Ely,* for the appellant.

*Mr. William H. Corbin,* for the respondent.

PER CURIAM.

Decree appealed from is affirmed, for the reasons given in the
court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, VAN SYCKEL,
DIXON, GARRISON, LIPPINCOTT, GUMMERE, LUDLOW, COL-
LINS, BOGERT, NIXON, HENDRICKSON, ADAMS, VREDEN-
BURGH—14.

*For reversal*—None.